FILED
15-0299
4/20/2015 11:01:54 AM
tex-4948712
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# No. _____

## In the
## Supreme Court of Texas

TEXAS STATE BOARD OF EXAMINERS OF MARRIAGE AND FAMILY
THERAPISTS; CHERYL GOMEZ IN HER CAPACITY AS EXECUTIVE DIRECTOR;
MICHAEL PUHL, IN HIS CAPACITY AS PRESIDING OFFICER; TEXAS
ASSOCIATION FOR MARRIAGE AND FAMILY THERAPY,
*Petitioners,*

v.

TEXAS MEDICAL ASSOCIATION,
*Respondent.*

On Petition for Review to the Third Court of Appeals
at Austin, Texas

**UNOPPOSED JOINT MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR REVIEW**

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 53.7(f),

Petitioners, the Texas State Board of Examiners of Marriage and Family

Therapists, Cheryl Gomez, Michael Puhl,[*] and the Texas Association for

Marriage and Family Therapy, file this unopposed joint motion for extension

---

[*] Cheryl Gomez and Michael Puhl have replaced Charles Horton and Sandra DeSobe, the parties to the judgments below, as executive director and presiding officer, respectively. They are automatically substituted as the parties in this Court pursuant to Texas Rule of Appellate Procedure 7.2(a).

of time requesting a 31-day extension of time to file their Petition for Review. No prior extensions have been requested.

## I.

This case comes to the Court from the Third Court of Appeals in Austin, Texas. The case number in that court was 03-13-00077-CV, and the style was the same, *Texas State Board of Examiners of Marriage and Family Therapists, et al. v. Texas Medical Association*. The court of appeals' judgment issued on November 21, 2014. Petitioners filed a motion for en banc reconsideration on December 8, 2014. The court denied Petitioners' motion on March 10, 2015.

## II.

Petitioners' Petition for Review is currently due on Friday, April 24. *See* TEX. R. APP. P. 53.7(a)(2). Petitioners seek a 31-day extension of that deadline, which would make their petition due on or before Monday, May 25, 2015.

## III.

Counsel for both the Texas State Board of Examiners of Marriage and Family Therapists and the Texas Association for Marriage and Family Therapy have had multiple briefing deadlines in other cases in the weeks

leading up to the current April 24, 2015 deadline. Petitioners respectfully request this additional time not for purposes of delay, but to review the record on appeal and to analyze the relevant law so as to provide the Court with a thorough and helpful brief. This is Petitioners' first such request, and counsel for Respondent does not oppose it.

**PRAYER**

Petitioners respectfully request the Court to grant their motion for extension of time to extend the deadline of their Petition for Review to May 25, 2015.

Respectfully submitted.

| | |
|---|---|
| BAKER BOTTS L.L.P. | KEN PAXTON<br>Attorney General of Texas |
| /s/　Thomas R. Phillips | |
| THOMAS R. PHILLIPS<br>State Bar No. 00000102 | CHARLES E. ROY<br>First Assistant Attorney General |
| DAVID T. ARLINGTON<br>State Bar No. 00790238<br>GAVIN R. VILLAREAL<br>State Bar No. 24008211 | SCOTT A. KELLER<br>Solicitor General<br><br>/s/　Dustin M. Howell<br>DUSTIN M. HOWELL<br>Assistant Solicitor General |
| 98 San Jacinto Blvd., Suite 1500<br>Austin, Texas 78701-4039<br>Tel.: (512) 322-2678<br>Fax: (512) 322-8392<br>*tom.phillips@bakerbotts.com* | State Bar No. 24050169<br><br>OFFICE OF THE ATTORNEY GENERAL<br>P.O. Box 12548 (MC-059)<br>Austin, Texas  78711-2548<br>Tel.: (512) 936-0826<br>Fax: (512) 474-2697<br>*dustin.howell@texasattorneygeneral.gov* |
| COUNSEL FOR APPELLANT/CROSS-<br>APPELLEE TEXAS ASSOC. FOR<br>MARRIAGE AND FAMILY THERAPY | COUNSEL FOR APPELLANTS/CROSS-<br>APPELLEES TEXAS STATE BOARD OF<br>EXAMINERS OF MARRIAGE AND<br>FAMILY THERAPISTS, CHERYL<br>GOMEZ, AND MICHAEL PUHL |

**CERTIFICATE OF CONFERENCE**

On April 19, 2015, undersigned counsel conferred by email with counsel for respondent, David Bragg, who confirmed this motion is unopposed.

/s/   Dustin M. Howell
DUSTIN M. HOWELL

**CERTIFICATE OF SERVICE**

On April 20, 2015, this motion was served via File & Serve Xpress and email on:

David F. Bragg
LAW OFFICES OF DAVID F. BRAGG, P.C.
1010 Chestnut St.
Bastrop, Texas  78602
Fax: (512) 581-0245
*dfbragg@sbcglobal.net*

/s/   Dustin M. Howell
DUSTIN M. HOWELL